## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,  :  No. 24 MM 2022

             Respondent  :

         v.  :

JESUS GUILLERMO RIVERA,  :

             Petitioner  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of June, 2022, the Application for Extraordinary Relief and the "Application for Leave to File Original Process" are DENIED.